John G. SINGLETARY, Jr.; Carla C. Singletary, Plaintiffs–Appellants,

v.

CITY OF NORTH CHARLESTON; City of North Charleston Zoning Department; City of North Charleston Zoning Board of Appeals; City of North Charleston Legal Department; R. Keith Summey, City of North Charles-

ton Mayor; Darbis Briggman, City of North Charleston Chief Building Official; William B. Gore, Zoning Director; RICK WILLIAMS, Building Inspector; Adrienne Williams, Secretary Zoning Board of Appeals; Donald Schaeffer, ZBA Vice Chairman and May 5, 2009 Acting ZBA Chair; Mary Cohen, Zoning Inspector, Defendants–Appellees.

No. 11–1233.

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 1, 2011.

John G. Singletary, Jr.; Carla C. Singletary, Appellants pro se. Robin Lilley Jackson, Stephanie Pendarvis McDonald, Sandra Jane Senn, Senn, McDonald & Leinback, LLC, Charleston, South Carolina, for Appellees.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John G. Singletary, Jr., and Carla C. Singletary seek to appeal from various text orders entered by the magistrate judge in their 42 U.S.C. § 1983 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P.

54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders sought to be appealed are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*